THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS SEIBLE, Appellant.—

Christ, P. J., Rabin, Munder, Kleinfeld and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEONARD VON BRAUNSBERG, Appellant.—

Christ, P. J., Rabin, Hopkins, Kleinfeld and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH CARTER, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.—

Christ, P. J., Rabin, Munder, Latham and Benjamin, JJ., concur.

RENA WUNDERLICH et al., Respondents, v. JOHN HIPPER, Appellant, et al., Defendants, and KENKICHI MITANI, Respondent.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.